**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROSANA GONCALVES MAIA,

    Plaintiff,

v.      Case No:   6:23-cv-2465-ACC-LHP

TRANSAMERICA LIFE INSURANCE
COMPANY,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   PLAINTIFF'S MOTION TO CONDUCT MEDIATION VIA ZOOM (Doc. No. 21)
>
> **FILED:**     April 18, 2024
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

With the mediator's consent, the parties may conduct mediation by videoconference. The parties and/or their representatives must be present throughout the duration of the mediation, just as if they were attending the mediation in person.

**DONE** and **ORDERED** in Orlando, Florida on April 22, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties